**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7828**

---

ROBERT LEE BROCK, a/k/a Two Souls Walker,

Plaintiff - Appellant,

versus

WILLIAM BOBBITT, JR.,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca B. Smith, District Judge. (CA-95-748-2)

---

Submitted:  February 7, 1996      Decided:  February 28, 1996

---

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Robert Lee Brock, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint and denying reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny in forma pauperis status and dismiss the appeal on the reasoning of the district court. Brock v. Bobbitt, No. CA-95-748-2 (E.D. Va. July 24, 1995; Nov. 9, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED